| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:01CR00002-006 |
| | | DOCKET NUMBER *(Rec. Court)* 1:05 CR-6027 (RAE) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jennifer Michelle Miller 4616 Sunflower Lane, Apt. 1107 Chattanooga, TN 37416 | DISTRICT WESTERN DISTRICT OF VIRGINIA | DIVISION Abingdon |
| | NAME OF SENTENCING JUDGE Honorable James P. Jones Chief U.S. District Judge | CLERK'S OFFICE U.S. DIST COURT AT ABINGDON, VA FILED AUG 2 2 2005 JOHN F. CORCORAN, CLERK BY: /s/ DEPUTY CLERK |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/08/2005 TO 04/07/2011 |

OFFENSE

Conspiracy to Distribute More Than 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/20/05
Date

/s/ James P. Jones
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/18/05
Effective Date

/s/ R. Allan Edgar
United States District Judge