# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

John F. Corcoran, Clerk

P. O. Box 398
Abingdon, VA 24212-0398
(276) 628-5116

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 13 2005

JOHN F. CORCORAN, CLERK
BY /s/ Deputy Clerk

August 29, 2005

Patricia L. McNutt, Clerk
U. S. District Court
Eastern District of Tennessee
ATTN: De'Andra J. Hinton, Criminal Case Mgr.
P. O. Box 591
Chattanooga, TN 37401

Re: **United States of America v. Jennifer Michelle Miller**
**Our Case No. 1:01CR00002-006**
**Your Case No. 1:05-cr-6027**
**Transfer of Jurisdiction**

Dear Ms. McNutt::

Pursuant to the attached certified copy of Transfer of Jurisdiction, enclosed please find the necessary documents related to the transfer of the above styled case to your court. Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

If you have questions, please contact this office.

Sincerely,

JOHN F. CORCORAN, CLERK

s/ Elizabeth P. Stokes
Deputy Clerk

/eps

Enclosures

cc: U. S. Probation
Erica Foster, Financial Technician
Peggy Wertz, FLU